# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ENERPOL, LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:17-CV-00394-JRG |
| v. | § § § | |
| SCHLUMBERGER TECHNOLOGY CORPORATION, | § § § § | |
| Defendant. | § | |

## ORDER

CAME ON TO BE CONSIDERED the Opposed Motion by Schlumberger Technology Corporation for Clarification of Schlumberger Technology Corporation's P.R. 3–1 and 3–2 Deadlines. (Dkt. No. 25.)

After consideration of the same, it is **ORDERED** that Schlumberger's infringement contentions be due on or before August 9, 2017 and that the parties shall simultaneously exchange invalidity contentions on or before September 23, 2017. EnerPol, LLC shall file its Answer to Schlumberger's Counterclaims on or before August 14, 2017 (two weeks after EnerPol's original deadline to answer Schlumberger's Counterclaims).

The Court is hopeful that the meet and confer process between counsel for the parties will improve going forward, as each of the above issues could and should have been resolved by counsel without requiring the Court to intervene. The Court reminds the parties and counsel of their continuing obligations to meet and confer as required by L.R. CV–7(h).

**So ORDERED and SIGNED this 26th day of July, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE