**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENERPOL, LLC<br><br>    Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>    Defendant. | Civil Action No. 2:17-cv-394-JRG<br><br><br><br>JURY TRIAL DEMANDED |
| SCHLUMBERGER TECHNOLOGY CORPORATION.<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>ENERPOL, LLC<br><br>    Counterclaim Defendant. | |

**ORDER**

Before the Court is EnerPol, LLC's Emergency Motion to Strike Portions of Schlumberger's Technology Tutorial and Claim Construction Briefing (Docket Entry 85). Having considered the pleadings on file, the Court has determined that EnerPol, LLC's Emergency Motion to Strike Portions of Schlumberger's Technology Tutorial and Claim Construction Briefing should be DENIED.

IT IS SO ORDERED.