**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ENERPOL, LLC | § § | |
| v. | § § | Case No. 2:17-cv-394-JRG |
| SCHLUMBERGER TECHNOLOGY CORPORATION | § § § | |

**MINUTES FOR EMERGENCY MOTION HEARING
HELD BEFORE U. S. DISTRICT JUDGE, RODNEY GILSTRAP
JANUARY 26, 2018**

**BEGIN: 2:30 p.m.**                                                          **ADJOURN: 3:12 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLANTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached |
| LAW CLERK: | Hannah Jiam |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 2:30 p.m. | Court opened.  Counsel announced ready for hearing.  Mr. Davis and Ms. Henry introduced co-counsel. |
| 2:35 p.m. | The Court heard argument on the Emergency MOTION to Strike *Schlumberger's Previously Undisclosed Claim Construction Proposal From its Technology Tutorial and Claim Construction Briefing* filed by EnerPol, LLC. (Dkt. No. 85).  Mr. Courtney argued on behalf of Plaintiff.  Mr. Grant argued on behalf of Defendant. |
| 3:10 p.m. | The Court took the matter under advisement. |
| 3:12 p.m. | Court adjourned. |