# 01/26/2018, 02:00 PM
## 2:17-cv-00394-JRG
### EnerPol, LLC v. Schlumberger Technology Corporation
### Motion Hearing

**PLEASE PRINT CLEARLY**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Rob Courtney | EnerPol |
| Jane Du | / |
| Bo Davis | ✓ |
| Claire Henry | Schlumberger |
| Max Grant | " |

**IF YOU HAVE YOUR CLIENTS PRESENT, PLEASE PROVIDE NAME & COMPANY**

| CLIENT NAME | COMPANY |
|---|---|
| | |