**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENERPOL, LLC §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>SCHLUMBERGER TECHNOLOGY §<br>CORPORATION, §<br>§<br>Defendant. §<br>§ | Civil Action No. 2:17-cv-394-JRG<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF ENERPOL LLC'S**
**NOTICE OF LETTER TO HONORABLE JUDGE RODNEY GILSTRAP**

Plaintiff EnerPol, LLC ("Plaintiff" or "EnerPol") respectfully submits the attached letter to Honorable Judge Rodney Gilstrap hereto as Exhibit 1, *Wi-LAN USA, Inc. v. Apple, Inc.*, 830 F.3d 1374, 1385 (Fed. Cir. 2016) attached as Exhibit 2, and *Akamai Technologies, Inc. v. Limelight Networks, Inc.*, 805 F.3d 1368, 1376 (Fed. Cir. 2015) attached as Exhibit 3 (in further support of Dkt. No. 85).

Dated: January 29, 2018          Respectfully submitted,

                                                **FISH & RICHARDSON P.C.**

By: */s/ Robert P. Courtney*
Ruffin Cordell
Texas State Bar No. 04820550
cordell@fr.com
901-15th St NW, Suite 700
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Leonard Davis
Texas State Bar No. 05521600
ldavis@fr.com
Jane Du
Texas State Bar No. 24076355
du@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Mathias Samuel
samuel@fr.com
Michael E. Florey
florey@fr.com
Robert P. Courtney
courtney@fr.com
Conrad A. Gosen
gosen@fr.com
**FISH & RICHARDSON P.C.**
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Nitika Gupta Fiorella
fiorella@fr.com
**FISH & RICHARDSON P.C.**
222 Delaware Avenue
17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

                William E. Davis, III
                Texas State Bar No. 24047416
                bdavis@bdavisfirm.com
                **THE DAVIS FIRM, PC**
                213 N. Fredonia Street, Suite 230
                Longview, Texas 75601
                Telephone:  (903) 230-9090
                Facsimile:  (903) 230-9661

**ATTORNEYS FOR PLAINTIFF
ENERPOL, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service are being served with a true and correct copy of the foregoing by email this 29th day of January, 2018.

                                               */s/ Robert P. Courtney*
                                               Robert P. Courtney