# Exhibit 2

# A
# TEXTBOOK
# OF PHYSICAL
# CHEMISTRY

*Second Edition*

## ARTHUR W. ADAMSON

*University of Southern California*

## ACADEMIC PRESS

*New York   San Francisco   London*
*A Subsidiary of Harcourt Brace Jovanovich, Publishers*

Copyright © 1973, 1979, by Academic Press, Inc.
All rights reserved

No part of this publication may be reproduced or
transmitted in any form or by any means, electronic
or mechanical, including photocopy, recording, or any
information storage and retrieval system, without
permission in writing from the publisher

Academic Press, Inc.
111 Fifth Avenue, New York, New York 10003

United Kingdom Edition published by
Academic Press, Inc. (London) Ltd.
24/28 Oval Road, London NW1 7DX

ISBN: 0-12-044260-4
Library of Congress Catalog Card Number: 79-50783

Printed in the United States of America

## COMMENTARY AND NOTES

### 11-CN-1 Definitions of the Terms Component and Phase

The definitions given in Section 11-1 of the number of components of a system and of the number of phases present are adequate for the types of phase equilibria considered in this chapter. The subject is full of subtleties, however, and we now take a more careful look at what is meant by the terms component and phase.

Some explanation of the concept of a component was given in the introduction to Chapter 9. Briefly, a phase may contain a variety of molecular species but many of these will be in chemical equilibrium with each other and cannot therefore be varied independently. Pure liquid water has monomers, dimers and so on, and clusters, as well as $H^+$ and $OH^-$ ions; it is a one-component system because these species are all in equilibrium with each other. Water plus alcohol has water–alcohol clusters and so on, but all compositions are fixed if the proportions of water-substance and alcohol-substance are given. The system is a two-component one.

The number of components is therefore the *minimum* number of formal compositions, such as concentrations, needed to define the state of a system at a given $T$ and $P$. A complication begins to develop in the case of electrolyte solutions. Aqueous sodium chloride is a two-component system; sodium and chloride ions cannot be varied independently because the system must remain electrically neutral. An aqueous mixture of NaCl and $KNO_3$ might be thought to constitute a three-component system. It is actually a special case of a four-component system. The solution contains $Na^+$, $K^+$, $Cl^-$, and $NO_3^-$ ions; the four compositions are reduced by the electroneutrality requirement to three independent ones, plus water, for a total of four. Alternatively, the mole fraction of water, that of total salt, the $Na^+/K^+$ ratio, and the $Cl^-/NO_3^-$ ratio define all possible compositions.

A second kind of problem is that the number of components may depend on whether or not a given chemical reaction is rapid within the time scale of the phase equilibrium studies. As mentioned in Section 9-1, the system hydrogen–nitrogen–ammonia consists of either two or three components according to whether or not chemical equilibrium is reached rapidly. In dealing with freezing point diagrams, we took up briefly cases of compound formation. If such formation is very slow, so that the compound is not in equilibrium with the reactants that form it, then the compound must be treated as an additional component.

The reader can perhaps appreciate at this point why the phase rule often helps one decide just how many components are effectively present in a given system. We have mentioned the preceding complications in order to give depth to the definition of component. The actual systems described in this chapter present no such problems.

We next consider the definition of the term phase. A phase is first of all a homogeneous portion of matter, by which we mean that its time-average properties do not vary discontinuously from one spot to another. A phase region must be large enough that random, thermal fluctuations are small, otherwise the operational definition would become impossible to apply. Adjacent phase regions are marked by an interface or discontinuity in properties. The derivation of the phase rule is based on the further requirement that the chemical potentials of all components

present are determined by the variables $P$, $T$, and $(C - 1)$ compositions. Neither these potentials nor any other molar thermodynamic properties ordinarily depend appreciably on the state of subdivision of the phase. Thus $H_2O(l)$ and one piece of ice is a two-phase system; likewise $H_2O(l)$ and two pieces of ice, and so on. The chemical potential of each piece of ice is the same and is independent of how many pieces are present.

A problem develops if the particles of a phase are so small that their chemical potential does depend appreciably on size owing to the surface energy contribution. The Kelvin equation (8-43) gives the free energy of a small particle as a function of $T$ and of particle radius $r$. The molar free energy also depends on total mechanical pressure; it is therefore a function of $P$, $T$, and $r$. It is possible to derive a more general form of the phase rule which includes specific interfacial areas as state variables. It would apply, however, to the final equilibrium condition in which all condensed phases had collected into single individual regions. Thus the two pieces of ice in the preceding example should eventually become a single piece. The mechanism would probably be through the dissolving of the smaller piece (its free energy being greater because of the smaller $r$) and growth of the larger piece.

This matter is not a trivial one. A precipitate of AgCl, for example, initially consists of a dispersion of particle sizes. Is, now, the measured solubility that of the smaller or of the larger crystals? (It appears to be that of the smaller ones.) Such precipitates will usually age or equilibrate to what appears to be nearly the equilibrium solubility. In colloidal suspensions, however, the particles may be prevented from merging by interparticle repulsions (see Section 21-1) and may be too insoluble to age by a dissolution–reprecipitation process. The system is then metastable in this respect, even though a range of particle size is present. How many phases are present? In the case of aqueous colloidal electrolytes, there is a concentration above which aggregates of 50 to 100 monomer units, called *micelles*, form. This critical micelle concentration is not as sharply defined as is a solubility limit, but almost so. Do micelles represent a new phase?

Questions such as these arise in the study of phase equilibria, and in difficult situations the phase rule itself may be used as the criterion for establishing the number of phases present. That is, if one knows the number of components in a system and can determine the number of degrees of freedom one defines the number of phases present.

---

# SPECIAL TOPICS

---

## 11-ST-1 Two-Component Freezing Point Diagrams. Partial Miscibility

The freezing point diagrams so far considered have all been ones for systems in which the solid phases were entirely immiscible. The other extreme is that of complete miscibility in both liquid and solid phases. The appearance would be that of Fig. 11-23(a). We next imagine a progressive change in the properties of A and of B such that the miscibility in the solid state gradually decreases and the miscibility gap moves upward. In Fig. 11-23(b) the miscibility gap has come close