# EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ENERPOL, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:17-cv-394-JRG |
| | § | |
| SCHLUMBERGER TECHNOLOGY | § | **JURY TRIAL DEMANDED** |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## STIPULATION OF INABILITY TO PROVE INFRINGEMENT

Based on the Court's claim construction of the terms "polymer-continuous liquid phase," and "continuous liquid phase," Plaintiff EnerPol, LLC ("EnerPol") hereby stipulates to noninfringement as to all asserted claims of U.S. Patent No. 6,949,491 ("the '491 patent"). EnerPol requests that the Court enter a final judgment of noninfringement. The requested relief will conserve judicial and party resources by allowing the parties to forego further litigation of the '491 infringement claims in this Court, while preserving EnerPol's right to appeal the Court's claim construction.

### Statement of Undisputed Material Facts and Stipulations

1.      EnerPol has alleged that Schlumberger's BroadBand Sequence Service, OpenPath Sequence Diversion Stimulation Service, StimMORE Diversion Technology, HiWAY Flow-Channel Fracturing Technique and FiberFRAC Fiber-Based Fracturing Fluid Technology treatments (collectively, the "Accused Services") infringe '491 patent independent claims 1 and 24, and dependent claims 2-17, 19, 21-23 and 25.

2.      Schlumberger raised affirmative defenses and counterclaims of invalidity and unenforceability of the '491 patent, and counterclaimed for infringement of United States Patent Nos. 7,565,929; 8,183,179; and 8,220,543.

3. On March 15, 2018, the Court issued its Memorandum Opinion and Order construing certain terms of the '491 patent. Dkt. No. 111. That Order construed the term "polymer-continuous liquid phase" in independent claim 1 to mean "polymer in a liquid state that is greater than fifty percent (50%) by volume of the fluid that does the fracturing in the formation." *Id.* at 11. That Order further construed the phrase "continuous liquid phase" in independent claim 24 to have the same meaning. *Id.* at 23.

4. EnerPol stipulates that under the Court's construction of "polymer-continuous liquid phase," EnerPol cannot prevail on the issue of infringement of '491 claim 1 or its dependents as to Schlumberger's Accused Services. EnerPol's Infringement Contentions identify the displacing of degradable thermoplastic polymer, such as polylactide resin (also called polylactic acid or PLA), as meeting the step of displacing a "polymer-continuous liquid phase" from the wellbore into the formation at a pressure greater than the fracturing pressure of the formation. This displacing does not involve displacing polymer in a liquid state that is greater than fifty percent (50%) by volume of the fluid that does the fracturing in the formation. Therefore, under the Court's Claim Construction Order, EnerPol cannot meet the "polymer-continuous liquid phase" limitation of claim 1 or its dependent claims.

5. EnerPol stipulates that under the Court's construction of "continuous liquid phase," EnerPol cannot prevail on the issue of infringement of '491 claim 24 or its dependent claims as to Schlumberger's Accused Services. EnerPol's Infringement Contentions identify the injection of degradable thermoplastic polymer, such as polylactide resin (also called polylactic acid or PLA), in the Accused Services as meeting the step of "inject[ing] the continuous liquid phase into the formation." This injection does not involve injection of polymer in a liquid state that is greater than fifty percent (50%) by volume of the fluid that does the fracturing in the formation. Therefore,

under the Court's Claim Construction Order, EnerPol cannot meet the "continuous liquid phase"

limitation of claim 24 or its dependent claims.

Dated: April 5, 2018                          Respectfully submitted,

                                              **FISH & RICHARDSON P.C.**

                                      By:   */s/ Robert P. Courtney*   _____
                                              Ruffin Cordell
                                              Texas State Bar No.  04820550
                                              cordell@fr.com
                                              901 15th St NW, Suite 700
                                              Washington, DC 20005
                                              Telephone: (202) 783-5070
                                              Facsimile: (202) 783-2331

                                              Leonard Davis
                                              Texas State Bar No. 05521600
                                              ldavis@fr.com
                                              Jane Du
                                              Texas State Bar No. 24076355
                                              du@fr.com
                                              **FISH & RICHARDSON P.C.**
                                              1717 Main Street, Suite 5000
                                              Dallas, TX 75201
                                              Telephone: (214) 747-5070
                                              Facsimile: (214) 747-2091

                                              Mathias Samuel
                                              samuel@fr.com
                                              Michael E. Florey
                                              florey@fr.com
                                              Robert P. Courtney
                                              courtney@fr.com
                                              Conrad A. Gosen
                                              gosen@fr.com
                                              **FISH & RICHARDSON P.C.**
                                              60 South Sixth Street, Suite 3200
                                              Minneapolis, MN 55402
                                              Telephone: (612) 335-5070
                                              Facsimile: (612) 288-9696

                                              Nitika Gupta Fiorella
                                              fiorella@fr.com
                                              **FISH & RICHARDSON P.C.**
                                              222 Delaware Avenue
                                              17th Floor
                                              Wilmington, DE 19801
                                              Telephone:  (302) 652-5070
                                              Facsimile:  (302) 652-0607

William E. Davis, III
Texas State Bar No. 24047416
bdavis@bdavisfirm.com
**THE DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone:  (903) 230-9090
Facsimile:  (903) 230-9661

**ATTORNEYS FOR PLAINTIFF
ENERPOL, LLC**