NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ENERPOL, LLC,**
*Plaintiff-Appellant*

v.

**SCHLUMBERGER TECHNOLOGY CORPORATION,**
*Defendant-Cross-Appellant*

_____

2019-1079, -1120

_____

Appeals from the United States District Court for the Eastern District of Texas in No. 2:17-cv-00394-JRG, Judge J. Rodney Gilstrap.

_____

Before NEWMAN, *Circuit Judge*.

**O R D E R**

The parties respond to this court's November 15, 2018 show cause order concerning whether Schlumberger Technology Corporation's conditional cross-appeal, Appeal No. 2019-1120, should be dismissed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The stay of the briefing schedule is lifted.

Case 2:17-cv-00394-JRG Document 133 Filed 02/14/19 Page 2 of 2 PageID #: 2815
Case: 19-1079 Document: 22 Page: 2 Filed: 02/14/2019

2        ENERPOL, LLC v. SCHLUMBERGER TECHNOLOGY CORP.

(2) EnerPol, LLC's principal brief is due within 30 days of the date of filing of this order.

(3) The parties are directed to raise their arguments concerning the propriety of the appeal and cross-appeal in their merits briefing.

FOR THE COURT

| | |
|---|---|
| <u>Feb 14, 2019</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |

s32